

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00136-CV

**IN RE ESTATE OF JOSEFINA ALEXANDER GONZALEZ**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2014PB7000099 L2
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion issued this date, the judgment of the trial court is VACATED without regard to the merits and this cause is REMANDED to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). It is ORDERED that costs of the appeal are taxed against the parties who incurred them.

SIGNED September 21, 2016.

_____
Rebeca C. Martinez, Justice